UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANCISCO HINOJOSA,

          Plaintiff,

vs.

LANCE NEWMAN, et al.

          Defendants.
_____/

Case No. 08-10808

HON. GEORGE CARAM STEEH

## ORDER GRANTING MOTION TO ENFORCE SETTLEMENT [DOC. 37]

This matter comes before the court on plaintiff's motion to enforce settlement. Counsel for both parties appeared and the court was advised that the settlement was approved by City Council on September 8, 2010, and that the City requests two weeks from that date to issue the check representing the settlement proceeds. Accordingly, the court orders defendant to deliver to plaintiff's counsel the settlement proceeds on or before September 24, 2010, or in the alternative to notify plaintiff's counsel of the check's availability for pick up on or before September 23, 2010. Failure to comply with this order will subject defendant to sanctions, to be determined by this court.

Dated: September 13, 2010

          S/George Caram Steeh
          GEORGE CARAM STEEH
          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 13, 2010, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk